

# United States District Court
## Eastern District of California

| | |
|---|---|
| Yacel Leonardo Ramos | Case Number: 1:26cv4670 TLN CKD |
| Plaintiff(s) | |
| V. | |
| Christopher Chestnut et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Yaritssa Plasencia hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Yacel Leonardo Ramos

On 01/05/2026 (date), I was admitted to practice and presently in good standing in the Middle District of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☒ I have ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Marvion Garcia-Aguilera v Christopher Chestnut et al., Case No. 1:26-cv-02547-DC-CSK

Date of application 03/23/2026 and was granted.

Date: 06/17/2026          Signature of Applicant: /s/ Yaritssa Plasencia

**Pro Hac Vice Attorney**

Applicant's Name: Yaritssa Plasencia

Law Firm Name: Great American Law Firm

Address: 100 Frandorson Cir

Suite 202C

City: Apollo Beach    State: FL    Zip: 33572

Phone Number w/Area Code: (407) 929-9292

City and State of Residence: Apollo Beach, FL

Primary E-mail Address: greatamericanlaw@gmail.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mariana L. Hanna

Law Firm Name: Law Offices of Mariana L. Hanna

Address: 402 West Broadway, Suite 1730

City: San Diego    State: CA    Zip: 92101

Phone Number w/Area Code: (619) 234-3635    Bar # 230124

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 22, 2026

JUDGE, U.S. DISTRICT COURT



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**                                                          850/561-5600
**Executive Director**                                                   www.FLORIDABAR.org

State of Florida          )

County of Leon          )                    In Re:  1021659
                                                        Yaritssa Plasencia
                                                        Great American Law Firm, PLLC
                                                        100 Frandorson Cir Suite 202c
                                                        Apollo Beach, FL 33572

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 4, 2022**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  16th  day of **June, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-417721